COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Frank, Huff and Senior Judge Haley


FOOD LION, LLC AND
  DELHAIZE AMERICA, INC.

                                                    MEMORANDUM OPINION*
v.        Record No. 0323-14-2                          PER CURIAM
                                                        JUNE 24, 2014
TIMOTHY GORDE


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (Brian A. Richardson; Lindsey A. Strachan; McCandlish Holton, PC,
            on briefs), for appellants.

            (Timothy Gorde, *pro se*, on brief).


       Food Lion, LLC and Delhaize America, Inc. appeal a decision of the Workers'

Compensation Commission finding that Timothy Gorde sustained a compensable injury arising

out of his employment and was entitled to lifetime medical benefits and temporary total

disability benefits.  We have reviewed the record and the commission's opinion and find that this

appeal is without merit.  Accordingly, we affirm for the reasons stated by the commission in its

final opinion.  See Gorde v. Food Lion, LLC, VWC File No. VA00000251540 (Jan. 24, 2014).

We dispense with oral argument and summarily affirm because the facts and legal contentions

are adequately presented in the materials before the Court and argument would not aid the

decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                        Affirmed.

_____

       * Pursuant to Code § 17.1-413, this opinion is not designated for publication.